August 29, 2008

Ms. Sherry L. Peel
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711
Mr. Richard H. Kelsey
Kelsey Kelsey Collister & Hickey
P.O. Box 918
Denton, TX 76202-0918

RE: Case Number: 05-0236
 Court of Appeals Number: 02-04-00035-CV
 Trial Court Number: CV-93-00637-C

Style: THE STATE OF TEXAS
 v.
 J. GRADY BROWN, JR.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Ms. Cynthia |
| |Mitchell |